UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| GLORIA JONES, | ) |
| | ) |
| vs. | ) Case No. 09-00554-CV-W-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |

\_   Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

After carefully reviewing the record, the Court hereby **AFFIRMS** the decision of the Administrative Law Judge**.**

**IT IS SO ORDERED.**

September 22, 2010                           Ann Thompson
Date                                                     Clerk of the Court


Entered on: September 27, 2010           s/ Karen Siegert
                                                           (By) Deputy Clerk